No. 79–1399. STRAWBERRY WATER USERS ASSN. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–1840. SCARBOROUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6167. WYMORE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–6227. ROSARIO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6592. WILKERSON *v.* WILKERSON ET AL. Ct. App. D. C. Certiorari denied.

No. 79–735. SEARS, ROEBUCK & Co. *v.* SAN DIEGO COUNTY DISTRICT COUNCIL OF CARPENTERS. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–1308. BUTTERWORTH, CORRECTIONAL SUPERINTENDENT *v.* LOVETT. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1576. MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* DILDA ET. AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.